and *H. Fred Mercer* for petitioners. *Messrs. William Watson Smith* and *William H. Eckert* for respondent.

No. 770. COLUMBIAN NATIONAL LIFE INSURANCE CO. *v.* HALSBAND. March 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Claude R. Branch, Frederick H. Nash,* and *Eli J. Blair* for petitioner. *Mr. Horace L. Cheyney* for respondent.

No. 777. MILLER *v.* VAN ZANDT, RECEIVER. March 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. William R. Watkins* for petitioner. No appearance for respondent.

No. 827. GOLDSMITH *v.* UNITED STATES. March 12, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. H. Ely Goldsmith, pro se.* No appearance for the United States.

No. 388. ALLEN *v.* CONNECTICUT GENERAL LIFE INSURANCE CO. March 12, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Francis A. Brogan, Alfred G. Ellick,* and *Dana B. Van Dusen* for petitioner. *Mr. J. A. C. Kennedy* for respondent.

No. 743. COLE *v.* VAN HORN, SHERIFF; and
No. 744. STEBBINS *v.* SAME. March 12, 1934. Petition for writs of certiorari to the Circuit Court of Appeals